IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10CR00050-001D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|       Plaintiff, | ) | |
| v | ) | |
| BOBBY RAY BULLARD, | ) | ORDER RELEASING |
|       Defendant, | ) | GARNISHMENT |
| v. | ) | |
| SMITHFIELD FRESH MEATS CORP, | ) | |
|       Garnishee. | ) | |

Upon the Motion of the United States for entry of an Order Releasing Garnishment and Garnishee having complied with the Court's prior Order in Garnishment; it is hereby ORDERED that:

Garnishee is hereby released from any obligation to withhold income or funds under the prior Order in Garnishment [D.E. 57] and Writ of Garnishment [D.E. 53].

SO ORDERED, this the __6__ day of August, 2025.

                                                JAMES C. DEVER III
                                              United States District Court Judge